IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. 10-00162-CG** |
| | * | |
| **BERNARD MCGEE** | * | |
|     aka Pete Smith | * | |

### UNITED STATES' NOTICE OF INTENT TO INTRODUCE TESTIMONY OF EXPERT AT TRIAL PURSUANT TO RULE 16(a)(1)(G), FEDERAL RULES OF CRIMINAL PROCEDURE

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Alabama, and hereby gives notice of its intent to introduce testimony of an expert at trial, under Rules 702 and 703, Federal Rules of Evidence. *See also* Rule 16(a)(1)(G), Federal Rules of Criminal Procedure.

The United States intends to elicit the testimony of Konstantinos, "Gus" Dimitrelos, Senior Digital Forensics Consulting Expert with eRegency Consulting, with regard to photos taken and recovered from the Apple I-Phone. The photos taken and recovered from the Apple I-Phone, along with forensic evidence has been previously made available for viewing through defendant's counsel and defense counsel has viewed the photographs and the forensic evidence. A copy of Mr. Dimitrelos's curriculum vitae is being provided to defendant through his counsel under separate cover.

    Respectfully submitted,

    KENYEN R. BROWN
    UNITED STATES ATTORNEY
    By:

    */s/ Joshua S. Bearden*
    Joshua S. Bearden (BEARJ7503)

> */s/ Vicki M. Davis*
> Vicki M. Davis   (DAVIV5174)
> Assistant United States Attorneys
> United States Attorney's Office
> 63 South Royal Street, Suite 600
> Mobile, Alabama  36602

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Gregory Hughes, counsel of record for defendant.

> */s/ Joshua S. Bearden*
> Joshua S. Bearden
> Assistant United States Attorney